# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-06-00507-CR
NO. 03-06-00509-CR

**Stephen Walker, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NOS. 2034392 & D-1-DC-2005-300274, HONORABLE BOB PERKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On August 7, 2006, the district court revoked Stephen Walker's community supervision and imposed sentence in four causes: the two referenced above and in numbers 3030475 and D-1-DC-2005-300438. Walker's counsel filed notices of appeal in the two latter causes.[1] The district clerk prepared records in all four causes and forwarded them to this Court.

The clerk's records in the two causes at issue do not contain notices of appeal and we are informed by the district clerk that none were filed. A timely filed written notice of appeal is

---

[1] Each notice of appeal bore only the number of the cause in which it was filed and made no reference to any other cause. These appeals were filed as our cause numbers 03-06-00508-CR and 03-06-00510-CR and remain on the Court's docket.

essential to invoke the jurisdiction of this Court. Tex. R. App. P. 25.2(b), (c). Under the circumstances, we lack jurisdiction to dispose of the purported appeals in any manner other than by dismissing them for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeals are dismissed.

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed: November 10, 2006

Do Not Publish